# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | 2:21-cr-00242-WSH |
| v. | Electronically Filed |
| ZACHARY WOZNICHAK,<br>　　　　Defendant | The Honorable W. Scott Hardy |

## JOINT STATUS REPORT

**AND NOW,** comes the Defendant, Zachary Woznichak, by and through his counsel, Lee M. Rothman, Esquire, and the law firm of Difenderfer, Rothman, Haber & Mancuso, jointly with the United States of America, by its attorneys, Eric G. Olshan, United States Attorney for the Western District of Pennsylvania, and Jonathan David Lusty, Assistant United States Attorney for said District, and respectfully submits with within Joint Status Report to the Court.

1. On December 6, 2023, Undersigned Counsel entered their appearance as counsel for the Defendant, Zachary Woznichak, in the above-captioned matter.

2. Since that date, Undersigned Counsel and Assistant United States Attorney Jonathan Lusty have been negotiating the matter in hopes of reaching a resolution without going to trial.

3. Undersigned Counsel and Counsel for the United States intend to continue negotiating to resolve this matter.

Respectfully submitted,

**/s/ Lee M. Rothman**

LEE M. ROTHMAN, ESQUIRE
Attorney for Zachary Woznichak
PA ID No. 77445

DIFENDERFER, ROTHMAN,
HABER & MANCUSO
304 Ross Street, Suite 400
Pittsburgh, PA 15219
(412) 338-9990
(412) 338-9993 Fax


**/s/ Jonathan David Lusty**

JONATHAN DAVID LUSTY
Assistant United States Attorney
PA ID No. 311180

UNITED STATES ATTORNEY'S
OFFICE
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
(412) 894 7416

**Dated:**  March 8, 2024